UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LORI ANN B.,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 2:26-cv-05179-JHC

ORDER

Before the Court is Plaintiff's Motion to Appoint Counsel. Dkt. # 14. District courts have discretion to appoint counsel for indigent civil litigants. *See* 28 U.S.C. § 1915(e)(1). Court appointment of counsel requires a showing of "exceptional circumstances." *Terrell v. Brewer*, 935 F.2d at 1015, 1017 (9th Cir. 1991). "A finding of exceptional circumstances requires an evaluation of both 'the likelihood of success on the merits and the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved.'" *Id.* For the reasons raised in the Defendant's motion to dismiss, the action appears time-barred. *See* Dkt. # 8; 42 U.S.C. § 405(g); 20 C.F.R. § 416.1401. Therefore, Plaintiff's claims do not have a high

ORDER - 1

likelihood of success to show exceptional circumstances necessitating appointment of counsel. Thus, the Court DENIES the motion to appoint counsel.

Dated this 19th day of May, 2026.

John H. Chun
United States District Judge

ORDER - 2