UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LORI ANN B.,

                  Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

                  Defendant.

Case No. 2:26-cv-05179-JHC

ORDER

Before the Court is Defendant's Motion to Dismiss.  Dkt. # 8.  No papers were timely filed in opposition to the motion.  *See* LCR 7(b)(2).

The motion appears to have merit: for the reasons presented by Defendant, this action appears time-barred.  *See* Dkt. # 8; 42 U.S.C. § 405(g); 20 C.F.R. § 416.1401.  Plaintiff's untimely response to the motion does not appear to address the timeliness issue.  *See* Dkt. # 12.

Thus, the Court GRANTS the motion and DISMISSES this matter with prejudice.  Also, the Court DENIES as untimely and moot Plaintiff's motion for a continuance (Dkt. # 10), which does not address the timeliness issue raised in the motion to dismiss.  *See* LCR 7(j).  If Plaintiff

ORDER - 1

believes the granting of the motion to dismiss is in error—specifically, with respect to the timeliness issue—she may file a timely motion for reconsideration under LCR 7(h).

Dated this 19th day of May, 2026.

John H. Chun
United States District Judge

ORDER - 2