UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LORI ANN B.,

          Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.

Case No. 2:26-cv-05179-JHC

ORDER

This matter comes before the Court on Plaintiff's Amended Motion for Continuance. Dkt. # 18. The Court has already rendered judgment in this case, and the motion does not seek to raise reconsideration nor does the amendment change the Court's previous ruling. *See* Dkt. 16. This motion is DENIED as moot.

Dated this 3rd day of June, 2026.

_____
John H. Chun
United States District Judge

ORDER - 1